UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES N. BROWN, JR., <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATE WARDEN G. COOPER, <br> KEN HYLE, ASST. DIRECTOR, <br> SARA REVELL, REGIONAL DIRECTOR, <br> KATHLEEN KENNEY, GEN. COUNSEL, <br> L. LARIVA, WARDEN, <br> L. JANSSEN, R.N., <br> C. ORUM, UNIT MANAGER, <br> R. WOLTMAN, CASE MANAGER, <br> FNU SANSON, <br> A. COSSETTE, UNIT MANAGER <br> D. HOLBUS, LIEUTENANT, <br> C. STROMBERG, <br> FNU HARE, LIEUTENANT, <br> PETER ARROYO, <br> CHARLES SLATER, MD, <br> SHEILA HADAWAY, MD, <br> MISBAH BAQIR, M.B.B.S., <br> MAYO CLINIC, <br><br> Defendants. | Civ. No. 18-219 (DSD/BRT) <br><br><br> **ORDER** |

*Pro se* Plaintiff James N. Brown, Jr. moves for leave to amend his complaint.

(Doc. No. 18.) Plaintiff's motion seeks to add two defendants to this action: M. Porter,

RN Supervisor, and T. Miller, Captain. This motion will be granted. *See* Fed. R. Civ. P. 15(a)(1).

### ORDER

1. Brown's motion for leave to amend his complaint (Doc. No. 18) is **GRANTED**.

2. Brown must submit properly completed Marshal Service Forms (Form USM-285) for new defendants M. Porter and T. Miller. If Brown does not complete and return the Marshal Service Forms within 30 days of this order, it will be recommended that the claims against those defendants be dismissed without prejudice for failure to prosecute. Marshal Service Forms will be provided to Brown by the Court.

3. Once the Marshal Service forms have been returned, the United States Marshals Service is directed to effect service of process on Defendants.

4. Defendants are ordered to respond to the pending Motion for Preliminary Injunction (Doc. No. 7) at the time they serve a responsive pleading.

Dated: April 2, 2018                    *s/ Becky R. Thorson*
                                        BECKY R. THORSON
                                        United States Magistrate Judge