United States District Court
District of Minnesota
Civil No. 18-219(DSD/BRT)

James N. Brown, Jr.,

       Plaintiff,

v.                                                    **ORDER**

Associate Warden G. Cooper; Ken Hyle,
Asst. Director; Sara Revell, Regional
Director; Kathleen Kenney, Gen. Counsel;
L. LaRiva, Warden; L. Janssen, R.N.; C.
Orum, Unit Manager; FNU Sanson; A.
Cossette, Unit Manager; D. Holbus,
Lieutenant; C. Stromberg, c/o FNU Hare,
Lieutenant Peter Arroyo; Charles Slater,
MD; Sheila Hadaway, MD; Misbah Baqir,
MBBS; Mayo Clinic; M. Porter, R.N.,
Supervisor; and T. Miller, Captain,

       Defendants.

This matter is before the court upon the report and recommendation of Magistrate Judge Becky R. Thorson, dated July 24, 2018 (R&R). The magistrate judge recommended that the court deny Brown's motion for a preliminary injunction. No objections to the R&R have been filed within the time period permitted. Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 73] is adopted in its entirety;

2. Plaintiff's motion for a preliminary injunction [ECF No. 7] is denied with prejudice.

Dated: August 6, 2018                s/David S. Doty
                                     David S. Doty, Judge
                                     United States District