# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James N. Brown, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>Associate Warden G. Cooper; Ken Hyle, Asst. Director; Sara Revell, Regional Director; Kathleen Kenney, Gen. Counsel; L. LaRiva, Warden; L. Janssen, R.N.; C. Orum, Unit Manager; FNU Sanson; A. Cossette, Unit Manager; D. Holbus, Lieutenant; C. Stromberg, c/o FNU Hare, Lieutenant Peter Arroyo; Charles Slater, MD; Sheila Hadaway, MD; Misbah Baqir, MBBS; Mayo Clinic; M. Porter, R.N., Supervisor; and T. Miller, Captain;<br><br>Defendants. | Civ. No. 18-219 (DSD/BRT)<br><br><br>**ORDER** |

Plaintiff moves for an extension of time to respond to the pending motions to dismiss and for summary judgment. This motion (Doc. No. 125) is **GRANTED**. Plaintiff's responses to the pending motions (Doc. Nos. 63, 82) are due on or before **October 19, 2018**.

Also before the Court is Plaintiff's third motion to appoint counsel. This motion (Doc. No. 126) is **DENIED** without prejudice for the reasons previously stated. (Doc. Nos. 15, 72.)

Dated: September 5, 2018.          *s/ Becky R. Thorson*
                                   BECKY R. THORSON
                                   United States Magistrate Judge