```
UNITED STATES DISTRICT COURT
     DISTRICT OF MINNESOTA
   Civil No. 18-219(DSD/BRT)
```

James N. Brown, Jr.,

       Plaintiff,

v.                                  **ORDER**

Associate Warden G. Cooper; Ken Hyle,
Asst. Director; Sara Revell, Regional
Director; Kathleen Kenney, Gen. Counsel;
L. LaRiva, Warden; L. Janssen, R.N.; C. Orum,
Unit Manager; FNU Sanson; A. Cossette,
Unit Manager; D. Holbus, Lieutenant;
C. Stromberg, c/o FNU Hare, Lieutenant
Peter Arroyo; Charles Slater, MD; Sheila
Hadaway, MD; Misbah Baqir, MBBS; Mayo Clinic;
M. Porter, R.N., Supervisor; and
T. Miller, Captain,

       Defendants.

This matter is before the court upon the report and recommendation of Magistrate Judge Becky R. Thorson, dated September 5, 2018 (R&R). The magistrate judge recommended that the court deny plaintiff James Brown's motion for a preliminary injunction. No objections to the R&R have been filed within the time period permitted. Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 129] is adopted in its entirety; and

2. Brown's motion for a preliminary injunction [ECF No. 124] is denied with prejudice.

Dated: September 27, 2018        s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court