# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James N. Brown, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>Associate Warden G. Cooper; Ken Hyle, Asst. Director; Sara Revell, Regional Director; Kathleen Kenney, Gen. Counsel; L. LaRiva, Warden; L. Janssen, R.N.; C. Orum, Unit Manager; FNU Sanson; A. Cossette, Unit Manager; D. Holbus, Lieutenant; C. Stromberg, c/o FNU Hare, Lieutenant Peter Arroyo; Charles Slater, MD; Sheila Hadaway, MD; Misbah Baqir, MBBS; Mayo Clinic; M. Porter, R.N., Supervisor; and T. Miller, Captain;<br><br>Defendants. | Civ. No. 18-219 (DSD/BRT)<br><br>**ORDER** |

Plaintiff filed a "Contra-Motion to Defendants' Reply Memorandum," which the Court construes as a motion for leave to file a sur-reply brief in opposition to Defendants' Motions to Dismiss. This motion (Doc. No. 140) is **GRANTED**.

Dated: December 6, 2018         *s/ Becky R. Thorson*
                                BECKY R. THORSON
                                United States Magistrate Judge